## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of          Case Number: **08 C 1393**

BOBBY HEARNS,
Plaintiff,
v.
CITY OF CHICAGO, ILLINOIS, et al.
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOBBY HEARNS

**JUDGE DARRAH**
**MAGISTRATE JUDGE KEYS**

| Field | Value |
|---|---|
| NAME (Type or print) | Katie Z. Ehrmin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Katie Z. Ehrmin |
| FIRM | Law Office of Jeffrey B. Granich |
| STREET ADDRESS | 53 West Jackson Blvd., Suite 840 |
| CITY/STATE/ZIP | Chicago, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6292120 |
| TELEPHONE NUMBER | 312-939-9009 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT