IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY HEARNS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 1393 |
| | ) | |
| v. | ) | JUDGE DARRAH |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | MAGISTRATE JUDGE KEYS |
| and CHICAGO POLICE OFFICER | ) | |
| J.F. SIKORSKI, Star No. 11143, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| E. GONZALEZ, Star No. 9627, | ) | |
| | ) | |
| Defendants. | ) | |

**CITY OF CHICAGO'S AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully asks this Honorable Court for an extension of time up to and including June 5, 2008, in which to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant states:

1. This matter was filed on March 7, 2008, in the United States District Court, Northern District of Illinois. ACC Rita Moran was assigned the case on behalf of the City on May 5, 2008.

2. The undersigned has not yet received any of the Chicago Police Department records to enable Defendant to properly respond to Plaintiff's Complaint.

3. This motion is Defendant's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

4. Plaintiff's counsel was informed of this motion on May 5, 2008, and agrees with its terms.

**WHEREFORE**, Defendant, City, respectfully asks for an order extending the time to answer or otherwise plead to June 5, 2008.

    Respectfully Submitted,

    MARA S. GEORGES
    CORPORATION COUNSEL

BY:   **/s/ Rita Moran**
    RITA MORAN
    Assistant Corporation Counsel
    Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-4939
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

      I, Rita Moran, an attorney, hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 5th day of May, 2008.

      /s/ Rita Moran
      RITA MORAN