IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY HEARNS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 1393 |
| | ) | |
| v. | ) | JUDGE DARRAH |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | MAGISTRATE JUDGE KEYS |
| and CHICAGO POLICE OFFICER | ) | |
| J.F. SIKORSKI, Star No. 11143, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| E. GONZALEZ, Star No. 9627, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    All parties of record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Darrah, or before such other Judge sitting in his place or stead, on the 13th day of May, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 5th day of May, 2008.

                    MARA S. GEORGES
                    CORPORATION COUNSEL
                    CITY OF CHICAGO

              BY:    /s/ Rita Moran
                    RITA MORAN
                    Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No.: 06270301