# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1393 | **DATE** | May 6, 2008 |
| **CASE TITLE** | Hearns v. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Agreed Motion to Extend Time to Answer or Otherwise Plead [12], [13] is granted. Responsive pleading is to be filed on or before June 5, 2008. The status hearing scheduled for May 7, 2008, is stricken and reset to June 11, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|