IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBBY HEARNS, ) | |
| ) | No.    08 C 1393 |
| Plaintiff, ) | |
| ) | JUDGE DARRAH |
| v. ) | |
| ) | Magistrate Judge Keys |
| CITY OF CHICAGO, ILLINOIS, and ) | |
| CHICAGO POLICE OFFICER J. F. SIKORSKI, ) | |
| Star No. 11143, and CHICAGO POLICE ) | |
| OFFICER E. GONZALEZ, Star No. 9627, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   JEFFREY B. GRANICH                KATIE Z. EHRMIN
      Law Offices of Jeffrey B. Granich  Law Offices of Jeffrey B. Granich
      53 West Jackson Blvd. - Suite 840  53 West Jackson Blvd. - Suite 840
      Chicago, IL 60604                  Chicago, IL 60604

PLEASE TAKE NOTICE that on June 3, 2008 the City of Chicago filed its Answer, Defenses, and Jury Demand to Plaintiff's Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be send via CM/ECF to the persons who are e-filers in this matter this 3[th] day of May, 2008.

    Respectfully submitted,

    MARA S. GEORGES,
    CORPORATION COUNSEL
    CITY OF CHICAGO

By:   /s/ Rita Moran
    RITA MORAN
    Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-4939 Office
(312) 744-3989 Fax *New*