UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOBBY HEARNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.  08 C 1393 |
| | ) |
| CITY OF CHICAGO, ILLINOIS, and | ) JUDGE DARRAH |
| CHICAGO POLICE OFFICER | ) MAGISTRATE JUDGE KEYS |
| J. F. SIKORSKI, Star No. 11143, and | ) |
| CHICAGO POLICE OFFICER | ) |
| E. GONZALEZ, Star No. 9627, | ) |
| | ) |
| Defendants. | ) |

To: Jeffrey B. Granich
    Katie Ehrmin
    Law Offices of Jeffrey B. Granich
    53 W. Jackson Blvd., Ste 840
    Chicago, IL 60604
    (312) 939-9009

    **PLEASE TAKE NOTICE** that on, Thursday, June 5, 2008, the undersigned filed before the Honorable Judge Darrah, Room 1288 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Individual Defendants' Joint Answer, Affirmative Defenses and Jury Demand, a copy of which is herewith served upon you.

Dated:  June 5, 2008

                                        Respectfully submitted,

                                        /s/ Christopher A. Wallace
                                        Christopher A. Wallace
                                        Assistant Corporation Counsel
                                        *Attorney for Individual Defendants*

                                        City of Chicago Department of Law
                                        Individual Defense Litigation Division
                                        30 N. LaSalle St., Suite 1400
                                        Chicago, IL 60602
                                        T: (312) 742-6408
                                        ARDC # 6278655

## **CERTIFICATE OF SERVICE**

      I, Christopher Wallace, hereby certify that on June 5, 2008, I caused a copy of the above Notice of Filing to be served via the Court's ECF system upon all counsel of record.

                                          /s/ Christopher Wallace
                                            Christopher Wallace