## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1393 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Bobby Hearns vs. City of Chicago, et. al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Rule 26(a)(1) disclosures to be exchanged by 6/30/08. Discovery ordered closed on 12/8/08. Pretrial conference set for 4/1/09 at 1:30 p.m. Jury trial set for 4/6/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|