

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1393 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Bobby Hearns vs. City of Chicago, et. al. | | |

**DOCKET ENTRY TEXT**

Enter Qualified HIPAA and confidential Matter Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



U.S. DISTRICT COURT
2008 JUL 32 AM 5: 03
FILED

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|