UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY HEARNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 1393 |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | JUDGE DARRAH |
| CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE KEYS |
| J. F. SIKORSKI, Star No. 11143, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| E. GONZALEZ, Star No. 9627, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Jeffrey B. Granich
     Katie Ehrmin
     Law Offices of Jeffrey B. Granich
     53 W. Jackson Blvd., Ste 840
     Chicago, IL 60604
     (312) 939-9009

**PLEASE TAKE NOTICE** that on <u>Tuesday, August 19, at 9:00 a.m.</u> the undersigned shall appear before the Honorable Judge Darrah, Room 1203 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., and then and there present Defendants' Joint Agreed Motion For Leave To Depose Incarcerated Plaintiff, a copy of which is herewith served upon you.

Dated: August 8, 2008

                                                Respectfully submitted,

                                                <u>/s/ Christopher A. Wallace</u>
                                                Christopher A. Wallace
                                                Assistant Corporation Counsel
                                                *Attorney for Individual Defendants*

                                                City of Chicago Department of Law
                                                Individual Defense Litigation Division
                                                30 N. LaSalle St., Suite 1400
                                                Chicago, IL 60602

T: (312) 742-6408
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on August 8, 2008, I caused a copy of the above Notice of Motion to be served via the Court's ECF system upon all counsel of record.

/s/ Christopher Wallace
Christopher Wallace